# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DORIS M. MAY**,

     Plaintiff,
v.                                   CASE NUMBER: 5:13-CV-170 (FJS/ATB)

**RUBY TUESDAY, INC.**,

     Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's motion to preclude the testimony and opinions of Plaintiff's expert is GRANTED. Further, it is ORDERED that Defendant's Motion for Summary Judgment is GRANTED. Judgment is entered in favor of Defendant.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr. dated the 2nd day of October, 2014.

DATED: October 2, 2014

                                                       Clerk of Court

By: Nicole Eallonardo
     Deputy Clerk